**FILED IN OPEN COURT**
9/30/2019
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
|---|---|
| vs. | Case No. 3:19-mj-1352-JRK |
| PETER ANTHONY EHIKHUEMEN a/k/a Muyideen Oladipupo-Badry | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about September 26, 2019, in St. Johns County, in the Middle District of Florida, the defendant,

> knowingly possessed and used a forged, counterfeited, altered, or falsely made Resident Alien card, which is a document prescribed by statute or regulation as evidence of authorized employment in the United States, knowing that the document was forged, counterfeited, altered, or falsely made,

in violation of Title 18, United States Code, Section 1546(a). I further state that I am a Border Patrol Agent for the Department of Homeland Security, Customs and Border Protection, United States Border Patrol, and that this Complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Jeffrey Martinez

Sworn to before me and subscribed in my presence,

on September 30, 2019     at     Jacksonville, Florida

JAMES R. KLINDT
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## CRIMINAL COMPLAINT AFFIDAVIT

I, Jeffrey Martinez, being a duly sworn and appointed Border Patrol Agent for the Department of Homeland Security, Customs and Border Protection, United States Border Patrol, hereby make the following statement in support of the attached criminal complaint.

1. Your affiant has been a Border Patrol Agent for 23 years. Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States. In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2. On September 26, 2019, at approximately 10:00 a.m. your affiant received a telephonic request for assistance from Deputy Jonas Carballosa with the St. Johns County Sheriff's Office. The request was for assistance with identifying an adult male who was encountered during an investigation of a theft at a local business establishment. Deputy Carballosa told your affiant that he suspected that the subject was a foreign national who was illegally present in the United States. The subject presented a document with a title identifying it as a "Permanent Resident Card" and bearing the subject's photograph, the name Muyideen Oladipupo-Badry, and an Alien Registration number ("A-number") ending in 5363. The subject also presented a document that appeared to be a

Social Security card displaying the name Muyideen O Badry and a number ending in 3795. The subject later told Deputy Carballosa that the documents in his possession were obtained fraudulently and that his true name was PETER ANTHONY EHIKHUEMEN.

3. Utilizing the biographical information of EHIKHUEMEN provided by Deputy Carballosa, Supervisory Border Patrol Agent ("SBPA") Fernando Zavala conducted a query of immigration databases. Immigration records revealed that EHIKHUEMEN was the subject of a previously submitted petition for alien relative, a Form I-130. The records showed that petition was approved in 2012, but that no adjustment to legal status had occurred. Approval of a petition pursuant to a Form I-130 does not grant any legal status. Instead, approval of the petition merely establishes a basis upon which the beneficiary may apply for an immigrant visa or adjustment of status. Approval of the petition does not guarantee that a visa or adjustment of status will be granted.

4. A photograph of the documents was electronically provided to SBPA Zavala who used the information on the documents to query immigration databases. A query of the A-number on the "Permanent Resident Card" returned records reflecting that it is a legitimate number assigned to a citizen of Korea who is a permanent resident of the United States. A query of the number on the purported Social Security card returned records reflecting that it is a legitimate

number that was issued to the person identified on the document, who is citizen of Nigeria. Resident Alien cards and Social Security cards are documents prescribed by statute or regulation as evidence of authorized stay or employment in the United States.

5. On September 26, 2019, at approximately 11:30 a.m., your affiant arrived at the St. Johns County Sheriff's Office and met with Deputy Carballosa, who briefed your affiant about the matter. Deputy Carballosa told your affiant that the subject had earlier been identified by the owner of a BP gas station located in Saint Augustine, Florida, as an employee who was suspected of stealing a large sum of money from the cash register. Due to a lack of evidence, prosecution of the theft was not sought.

6. Your affiant was led to an interview room where he met with EHIKHUEMEN and identified himself as a Border Patrol Agent. During the encounter, your affiant asked the subject to identify himself. The subject identified himself as PETER ANTHONY EHIKHUEMEN. He said that he was a citizen of Nigeria and that he was illegally present in the United States. He claimed that he was lawfully admitted as a student into the United States at Atlanta, Georgia, on an unknown date in 2001.

7. Your affiant also asked EHIKHUEMEN if the documents identified as a Permanent Resident Card and a Social Security card that he earlier used as

forms of identification belonged to him. EHIKHUEMEN stated that both of the documents belonged to him and that he had originally obtained them from an unknown person so that he could seek employment. EHIKHUEMEN further stated that he was aware that they were fraudulently obtained and not genuine documents issued by the United States government.

8.  On September 27, 2019, at approximately 9:00 a.m., Assistant United States Attorney Arnold B. Corsmeier was advised of the foregoing facts and he authorized criminal prosecution of EHIKHUEMEN.

Based upon the foregoing facts, your affiant believes there is probable cause to establish that PETER ANTHONY EHIKHUEMEN knowingly possessed and used a forged, counterfeited, altered, or falsely made Resident Alien card, which is a document prescribed by statute or regulation as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made, in violation of Title 18 United States Code, Section 1546.

_____
Jeffrey Martinez, Border Patrol Agent
United States Border Patrol
Jacksonville, Florida

4